# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

**DESTINY RODRIGUEZ,**

    *Plaintiff*

**v.**

                           **Case Number: 6:26-cv-00558-GAP-NWH**

**TRANS UNION, LLC, et al.**

    *Defendants,*

                                  /

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Destiny Rodriguez and Defendant, Equifax Information Services LLC have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal without Prejudice. Plaintiff and Equifax Information Services LLC shall each bear their own attorneys' fees and costs.

Dated: June 5, 2026

               *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **SEYFARTH SHAW LLP** |
| 830 North Federal Highway | 200 S. Biscayne Blvd. Suite 3400 |
| Lake Worth, FL 33460 | Miami, FL, 33131 |
| Telephone: 561-655-3925 | Telephone: (305) 577-7000 |
| Fax: 844-921-1022 | |
| | /s/ *Ritika Singh* |
| /s/ *Eyal S. Eisig* | Ritika Singh, Esq. |
| Eyal S. Eisig, Esq. | FBN: 1016708 |
| FBN: 109438 | Email: risingh@seyfarth.com |
| Email: eyal@sharminlaw.com | *Attorney for Defendant Equifax Information* |
| *Counsel for Plaintiff* | *Services LLC* |

**GOODWIN PROCTER LLP**
1221 Peachtree Street N.E., Suite 400
Atlanta, GA, 30361
Telephone: (404) 581-8023

*/s/ Grant E. Schnell*
Grant E. Schnell, Esq.
FBN: 108109
Email: gschnell@goodwinlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL  60661
Telephone: (469) 578-1464

*/s/Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com
*Attorney for Defendant Trans Union, LLC*

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500

*/s/ Brandon T. White*
Brandon T. White Esq.
FBN: 106792
Email: brandon.white@hklaw.com
*Attorney for Defendant Transportation Alliance Bank, Inc. (d/b/a TAB Bank)*

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, FL, 33131
Telephone: (305) 374-8500

*/s/ Brandon T. White*
Brandon T. White, Esq.
FBN: 106792
Email: brandon.white@hklaw.com
*Attorney for Defendant NetCredit Loan Services, LLC*