UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DESTINY RODRIGUEZ,

      Plaintiff,

      v.                            Case No.:  6:26-cv-00558-GAP-NWH

TRANS UNION, LLC,  EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION
SERVICES, LLC,
TRANSPORTATION ALLIANCE
BANK, INC.,  NETCREDIT LOAN
SERVICES, LLC,  CHERRY
TECHNOLOGIES INC.,

      Defendants,

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal without Prejudice

as to Defendant Equifax Information Services LLC (Doc. 46), and pursuant to

Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case against Defendant Equifax Information Services

LLC is dismissed **WITHOUT PREJUDICE**, each party to bear its own fees and

costs.  Any pending motions relating to Defendant Equifax Information Services

LLC  are **DENIED** as moot.  The Clerk is directed to terminate Defendant

Equifax Information Services LLC as a defendant in this action.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 8, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties