**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

**DESTINY RODRIGUEZ**,                                              **CASE NO.: 6:26-cv-00558-GAP-NWH**

     *Plaintiff,*

**v.**

**TRANS UNION, LLC, et al.,**

     *Defendants.*

_____/

## NOTICE OF SCHEDULED MEDIATION

Plaintiff Destiny Rodriguez and Defendants Trans Union, LLC, Experian Information Solutions, Inc., Transportation Alliance Bank, and NetCredit Loan Services by and through the undersigned counsel and pursuant to the Scheduling Order [ECF. 44], hereby respectfully notify the Court that the parties have scheduled a remote mediation conference with Ret. Judge Gregory P. Holder for November 19, 2026, at 1:00pm EST.

Date: June 9, 2026

                                   *Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eyal S. Eisig*
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eyal S. Eisig*
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

Page **2** of **2**